88 So.2d 887

■

**Luther (Loyd) HILL**

v.

**STATE.**

**7 Div. 309.**

Supreme Court of Alabama.

July 26, 1956.

Scott, Dawson & Scott, Fort Payne, for petitioner.

John Patterson, Atty. Gen., and Robt. Straub, Asst. Atty. Gen., opposed.

SPANN, Justice.

Petition of Luther (Loyd) Hill for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in Hill v. State, 88 So.2d 880.

Writ denied.

- LIVINGSTON, C. J., and. SIMPSON and MERRILL, JJ., concur.

85 So.2d 906

■

**O. A. HOGAN et al.**

v.

**FARMERS & GINNERS COTTON OIL CO.**

**8 Div. 823.**

Supreme Court of Alabama.

Jan. 20, 1956.

PER CURIAM.

Appeal dismissed. Supreme Court Rules 12, 37.

LIVINGSTON, C. J., and LAWSON, STAKELY and MAYFIELD, JJ., concur.

85 So.2d 906

■

**INTERNATIONAL UNION, U. A. W. et al.**

v.

**S. A. LYNNE, Judge.**

**8 Div. 858.**

Supreme Court of Alabama.

Jan. 18, 1956.

Adair & Goldthwaite, Atlanta, Ga., Harold A. Cranefield, Detroit, Mich., and Sherman B. Powell, Decatur, for petitioners.

Norman W. Harris, Decatur, for respondent.

PER CURIAM.

Writ denied.

LIVINGSTON, C. J., and LAWSON, STAKELY, and MAYFIELD, JJ., concur.